

FILED
LODGED
RECEIVED

JUN 04 2019

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT

## WESTERN DISTRICT OF WASHINGTON

**ANTHONY EUGENE LEWIS**  19-CV-878 MJP-BAT
(Name of Plaintiff)

vs. **SERGEON GENERAL,
ATTORNEY GENERAL LORETTA LYNCH
UNITED STATES OF
AMERICA AND PRIME MINISTER
OF ISRAEL, et al**

(Names of Defendant(s))

CIVIL RIGHTS COMPLAINT
BY A PRISONER UNDER 42
U.S.C. § 1983 **AND MOTION
FOR APPOINTMENT OF COUNSEL
ATTACHED**

## I. Previous Lawsuits:

A. Have you brought any other lawsuits in any federal court in the United States while a prisoner?:

☒ Yes   ☐ No

B. If your answer to A is yes, how many?: **N/A**. Describe the lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper using the same outline.)

1. Parties to this previous lawsuit:

   Plaintiff: **Anthony Eugene Lewis**

   Defendants: **King County et al**

2. Court (give name of District): **United States District Court**
3. Docket Number: **#C16-1112 JPD / #C18-1798 RSM**

(2)

4. Name of judge to whom case was assigned: _____

5. Disposition (For example: Was the case dismissed as frivolous or for failure to state a claim? Was it appealed? Is it still pending?):
_____

6. Approximate date of filing lawsuit: **N/A**

7. Approximate date of disposition: **N/A**

## II. Place of Present Confinement: _____

A. Is there a prisoner grievance procedure available at this institution?  ☒ Yes  ☐ No

B. Have you filed any grievances concerning the *facts* relating to this complaint?  ☒ Yes  ☐ No

If your answer is NO, explain why not:
_____

C. Is the grievance process completed?  ☒ Yes  ☐ No

**King County Grievance Due Process has been Identified As (Futile)**

If your answer is YES, ATTACH A COPY OF THE <u>FINAL</u> GRIEVANCE RESOLUTION for any grievance concerning facts relating to this case. **And this court has been made very Aware of That**

## III. Parties to this Complaint

A. Name of Plaintiff: **Anthony Eugene Lewis**  Inmate No.: **219007415**

Address: **500 5TH AVE SEATTLE, WA, 98104**

(In Item B below, place the full name of the defendant, his/her official position, and his/her place of employment. Use item C for the names, positions and places of employment of any additional defendants. Attach additional sheets if necessary.)

B. Defendant: **SERGEON GENERAL / ATTORNEY GENERAL LORETTA LYNCH ~~UNITED STATE OF AMERICA~~**  Official Position: **GOVERNMENT**

Place of employment: **Seattle, WAshington**

C. Additional defendants **United States of America And Prime ~~Minister~~ of ISRAEL...**
_____

(3)

## IV. Statement of Claim

I, Anthony Eugene Lewis, (10/27/1969)...Am...(Suffering)...(Ongoing)...(Imminent) (Serious)...(Danger)...Or...(Harm)...(Mentally)...(Physically)...(Emotionally)...(Astral/Spiritually) As...Explained...In...My...(9/19/2014)...(A-C-L-U)...Complaint...As...A (United)...(States)...(Invasion)...Of...(Privacy)...(Rights)...(Act)... Plaintiff...Claims...(Defendant(s))...The...(United)...(States)...Of...America...The... Country...Of...Israel...Bill William Gates.../Former/Owner/Of/Microsoft)...(C-B-S/News/Reporter (Jericka Duncan)...(Mary Ann McClure/Cobbs)...(Otis Eugene Lewis II)...(Larry Hoover)... (Lydia Renee Moland/Lisa Moland) Attorney General Loretta Lynch Member(s)...Of...My...So...Called...Family... Together...Are...(Mentally)...(Physically)...(Emotionally)...(Spiritually/Astrally) (CONSPIRING)...To...(KILL/ME)...By...Concealing My...(True)...(Identity)... As...A...(Hebrew/Israelite/African/American)...(KING)(A) Decendant...Of...Abraham... Issac/Jacob/Moses/And...Geanealogy...Of...(Yeshua/Jesus)...Of...The...(HOLY/BIBLE)... (B)asic...(I)nstruction(s)...(B)efore...(L)eaving...(E)arth... (By...Questioning...My...Sanity)...To...(Truthfulness...Of...My...Identity)...(Defamation My...Character)...(As...A...Common/Criminal/Lifetime/Registered/Level/3/Sex/Offender)... (Conduct/Hold/Secrete/Courtroom/Hearings/Outside/My/Presence)...(In/Further/Conspiracy (Against)...(Openly/Dislosing/Discussing/Publicly...My...Truthful...Identity)...As... An...Astral/Receptive/Supernatural)...(HOLY/Spiritual)...(SCORPIO/KING)... The Fact...My/Genital/Area...As...A...(Scorpio)...Releases(My).(SEMEN) THE.(DOMINATE).Controlling...(Factor/Determining)...My/Governing...(TOOL)... Body...Defendant(s)...Ongoing...(Conspiring/Sexual/Motivation)...Distributing (Sexual/Gratification)...To...Subject/Judicial/Courtroom/Controle/Corruption/Conspiracy Against Me (And)...Public/Allegiance...(Of)...Not/Only...Human/life...But...(NEVER/Publically)... Disclosed/Alien/Seed/Demon/Lifeform)...(Here/Amongest/Us/On/Our/Planet/Earth)... I'm Always Enslaved/For/Sex...In return/For/Favors...Based...On/The...Undisclosed/Astral/Amounts/of MY SEMEN/ASTRALLY/STOLEN/FROM/WITHIN/ME).BY/(HOLY/SPIRITUAL/stolen/Scientific/ Astral/Research)...(Unaware/How/FROM)...(Other/Than)...I...(Describe)...As...Witchcraft Voodoo/Satanism/Magic/Attack/Against/My/Physical/And/Inner/Spiritual/Body/of Christ. As...Heir...To...The...Throne...Of...King...David...Of...Israel...Opening/Portals... By/Magic...Into/My/Body...To/commit/crimes...(VOYERISMING)...Into/My/Thoughts/Mind/Personal Private/Prayers...Mentally/Spiritually/Speaking/Annoying/Toying/Disrespecting/Me)...Claiming/They Will/Be/Used/Against/Me/Within/The/Same/Corrupt/Court/System/(AllAH)... Causing...Me/To/Be/Held/Hostage/Mean/Hateful/To/The/Public/And/Police...On/10/31/18)... And...Homeless/Sleeping/In/My/Car/Astral/Operated/On...At/Jefferson/Park/Golf/Course/Valley/Medical Center)...Keeping...The/ARK...Of/GOD'S/Covenant/Away/From/Me...As...(KING)...And...The/People And...Land/Country...Of...Israel...(Told/Me/Father/A/Uncircumsized/Child/With/A/SATAN/ST/ WITCHCRAFT/VOODOO/COVENANT/FAMILY)...That/Rely/On/Magic/As/Their/Weapontry/Aside From/My/HOLY/SPIRITUAL/BEYOND/SUPERNATURAL/GOD/STOLEN/GIFTS).... And...(KANKER)...Onto/Into...My/Body/To/Physically/Astrally/Spiritually/Controle/Move/Me/ Against...My/Free/Will/Atari/Penis/Genital/Area)...(Bodily/Hatred/Astral/Rape/Molest/Me...In...An... Ongoing...(Ghost/Polterglest)...Feeling/Penetration...Into/My...(Anus)...(Mouth)...And...Onto/My/Penis... To...(WEAKEN)...My/Faith/Against/Sexual/Immorality...To/Join/A/Satanic/Sex/Enslavement/Covenant EMPIRE...(I...WILL/NOT/CAN/NOT)...MORALLY/CONSCIENCE/ACCEPT...JOIN)D.Told...When To...Masterbate...Either/In/My/Car/In/Jail/Within/Prison/On/Camera/Known/Unknown)... To...Keep...What/Is/Retentally/Spiritually/Astrally/Spoken/Within/My/Mind...(COVENANT)... In return...For...(Favors/Non/Psychic/Attack/Punishment/Retaliation/Labor/Currency/Earnings)... Instead...Of...Bewitched/Material/Living/Possessions/Set/On/Malfunctions/Destruction)... And...Imprisonments...If...I...Refuse/To/Submit...To/Defendants...Set/Time/Frames/Together Astrally/Mentally/Spiritually/Voyerisming/Looking/Feeling/Into/My/Mind...And...Not/Against/Inconflict/of My/own/Right/to/Privacy...The/Defendant(s)/Established/Time/Frame/Hours...Able/To/Somehow/Turn/up/And Down...Their...Astral/Mind...To...Mind/Monitoring...(CONTROLE)...TO/MAKE/SURE/IM/MADE (AWARE)...WHEN)...AND...WHERE...TO...(KEEP) COVENANT)...Against...Astral (Medicating) (My/Mind) When (Defendants)...(Minds)...Are...Truly...The (PROBLEM)...(NOT)...(MINE)...   (4)

IV. Statement Of Claim (AMENDED COMPLAINT if Above Is Not Accepted)

I, Anthony Eugene Lewis, 10/27/1969, Am Suffering (Ongoing)... Imminent... Serious... Harm And Danger Physically Mentally... Emotionally Astral/Spiritually As... Explained... In... My... 9/19/2014 (A-C-L-U) Complaint As... An... Invasion... Of... Privacy... Rights... Act... For... Failure... Of... Defendant(s)... United States SURGEON General... United States Attorney General Loretta Lynch... Of... America...... The Prime Minister... Of... Israel... BILL WILLIAM GATES Founder of Microsoft... (C-B-S/News Report/Jericka Duncan... Mary Ann M°Elvee/Colors... Otis Eugene Lewis II... LARRY HOOVER/Leader of Gangster Disciple/Organized Crime....(Lydia Renee Moland/Lisa Moland)... And... Multitude Of Members Yet To Be Identified Of My family... (All)..In...(CONSPIRACY)...To Physically... Emotionally... Mentally... Astral/Spiritually (FEIGN/IGNORANCE) TO.. (KILL/ME)... By... Concealing.(My) (True).(Identity)... As... A... (Hebrew/Israelite/African/ Caucasion/American)... (KING)... A... (Decendant of (Abraham)..(Issac)..(Jacob).(Moses). Genealogy... Of. (Yeshua/Jesus)... Of... THE... (HOLY/BIBLE)...(B)asic.(I)nstructions (B)efore...(L)eaving..(E)arth... By.. Further..(NEVER)..(Openly/Verbally (Publically).(Saying)..From...(Their).(Mouth/Words)... I... Can (Understand/Aknowledge)..(They/The/World)..(Can)..(Mentally/Spiritually) (Hear/My/Mind/Thoughts)..And.(Mentally/Spiritually/Communicate)..And (Turn/It/Completely/Off/Down).. And.(VOYERISM/SEE/THROUGH/MY/EYES) (ANYTHING/I/DO).(Identifying).(Me). As... A.(KING)... AND..(Astral Rape/Molest/Me)..In...A. Ghost/Poltergeist/Feeling/Penetration/Into My/Anus/Mouth/And/Onto/My/Penis)... And/Took/Advantage/of/My/Unawareness By/Failing/To/Protect/Me... Because...I/Became/Impaired/Defensive/Against Astral/Physical/Group/Sexual/Immorality... And/other/Things/Yet/To/Be/Described

(4)

APPOINT A PSYCHIC/EXTRA/SENSORY/ATTORNEY WHO IS NOT AFRAID TO (DIE) EXPOSING THE TRUTH IN RELATION TO READING MY (9/19/2014)(A-C-L-U)·COMPLAINT... ABLE TO WITHSTAND WITCHCRAFT/VOODOO/SATANISM/RETALIATION/ATTACK AND IS SUFFERING...LIKE..ME/YOU/AND...EVERYONE/ELSE IN THE WORLD FOR THE (TRUTH) OF MY (TRUTHFUL/IDENTITY)..TO..BE (REVEALED) AS...TO...(WHY)..(THIS).NEW/WORLD/DISORDER... REVOLVES AROUND (ME)... AND TO SET/ME/YOU AND THE WORLD (FREE) FROM (ASTRAL) SLAVERY... BY... DEFENDANT(S)... WHO... KNOW...(WHO-I-AM)..OTHER THAN A..(LIFETIME/ENSLAVED/REGISTERED/SEX/OFFENDER).. AND RECEIVE A CHANCE TO...TRULY/INVESTIGATE/REVEALING/MY/ROYAL/IDENTITY...AS...A...(KING) BY A... JURY/TRIAL...? TRYING TO...GO...FROM...HERE...TO...HEAVEN...NOT/CONTINUING(STRAIGHT/TO/HELL) THE...WAY...WE...ARE...(MENTALLY/SPIRITUALLY)...ASTRALLY/GOING...

I declare under penalty of perjury that the foregoing is true and correct.

Signed this **28** day of **MAY** 20**19**.

_Anthony Eugene Lewis_
(Signature of Plaintiff)

(5)

FIRST-CLASS MAIL

NEOPOST
06/03/2019
US POSTAGE $000.50⁰
ZIP 98104
041M11298595

THE HONORABLE
(MARY ALICE THEILER)
JUDGES CHAMBERS
UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE
700 STEWART STREET/SUITE 2300
SEATTLE, WA 98101

FILED
LODGED
RECEIVED

JUN 04 2019

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY_____ DEPUTY

Name ANTHONY EUGENE LEWIS
Bkg. #219007415 (11N/4C/04)
King County Correctional Facility
500 Fifth Avenue
Seattle, WA 98104-2332

(LEGAL MAIL)