UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

ANTHONY EUGENE LEWIS,

　　　　　　　　Plaintiff,

　　v.

SURGEON GENERAL, et al.,

　　　　　　　　Defendants.

Case No. 2:19-CV-878-MJP

**ORDER DISMISSING THE COMPLAINT WITH PREJUDICE**

The Court, having reviewed the complaint, the Report and Recommendation of the Honorable Brian A. Tsuchida, United States Magistrate Judge, and the Objections of Plaintiff, does hereby find and **ORDER**:

(1) The Court adopts the Report and Recommendation.

(2) The complaint is **Dismissed with prejudice** and shall count as a **strike** under 42 U.S.C. § 1915(g).

(3) The Clerk shall provide a copy of this Order to plaintiff.

DATED this _9th_ day of __July__, 2019.

　　　　　　　　　　　　　　　　　　　_/s/ Marsha J. Pechman_
　　　　　　　　　　　　　　　　　　　Marsha J. Pechman
　　　　　　　　　　　　　　　　　　　United States Senior District Judge

ORDER DISMISSING THE COMPLAINT WITH PREJUDICE - 1